# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO
### PONCE DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| JMR DEVELOPMENT GROUP CORP | § | Case No. 14-07874 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roberto Roman Valentin, Esq., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 615,000.00
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants: 130,024.00

Claims Discharged
Without Payment: NA

Total Expenses of Administration: 13,516.32

3) Total gross receipts of $7,951,875.32 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $7,808,335.00 (see **Exhibit 2**), yielded net receipts of $143,540.32 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $NA | $9,995,609.60 | $9,995,609.60 | $33,086.43 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 13,516.32 | 3,089.30 | 13,516.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 77,682.44 | 77,682.44 | 77,682.44 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 30,565,457.48 | 30,565,157.48 | 19,255.13 |
| **TOTAL DISBURSEMENTS** | $NA | $40,652,265.84 | $40,641,538.82 | $143,540.32 |

4)  This case was originally filed under chapter 7 on 09/25/2014.  The case was pending for 72 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/03/2020                    By:/s/Roberto Roman Valentin, Esq.

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| HOTEL LOCATED ON RD 100, CABO ROJO, PR | 1110-000 | 7,950,000.00 |
| RESTRICTIVE ESCROW - BPPR | 1229-000 | 983.00 |
| RESTRICTIVE ESCROW - BPPR/CRIM | 1229-000 | 892.32 |
| **TOTAL GROSS RECEIPTS** | | **$7,951,875.32** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JMR Tourist Development Group Corp. | Non-Estate Funds Paid to Third Parties | 8500-002 | 700,000.00 |
| Jorge Medina | Non-Estate Funds Paid to Third Parties | 8500-002 | 93,335.00 |
| PJCL Inc. | Non-Estate Funds Paid to Third Parties | 8500-002 | 850,000.00 |
| Sale of Non Estate Property JMR Development Group Inc. | Non-Estate Funds Paid to Third Parties | 8500-002 | 6,165,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$7,808,335.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | COOPERATIVA A/C SABANENA | 4110-000 | NA | 3,797,523.17 | 3,797,523.17 | 0.00 |
| 14A | TRIANGLE CAYMAN ASSET COMPANY 2 | 4110-000 | NA | 6,165,000.00 | 6,165,000.00 | 0.00 |
| 12A | DEPARTMENT OF TREASURY | 4700-000 | NA | 5,542.48 | 5,542.48 | 5,542.48 |
| 2A | CRIM | 4800-000 | NA | 27,543.95 | 27,543.95 | 27,543.95 |
| TOTAL SECURED CLAIMS | | | $NA | $9,995,609.60 | $9,995,609.60 | $33,086.43 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roberto Roman Valentin | 2100-000 | NA | 10,427.02 | 0.00 | 10,427.02 |
| Roberto Roman Valentin | 2200-000 | NA | 17.50 | 17.50 | 17.50 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 1,253.70 | 1,253.70 | 1,253.70 |
| BANCO SANTANDER | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| OFFICE OF THE U. S. TRUSTEE | 2950-000 | NA | 650.00 | 650.00 | 650.00 |
| ALBERT TAMAREZ VASQUEZ | 3410-000 | NA | 1,037.50 | 1,037.50 | 1,037.50 |
| ALBERT TAMAREZ VASQUEZ | 3420-000 | NA | 100.60 | 100.60 | 100.60 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $NA | $13,516.32 | $3,089.30 | $13,516.32 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12B | DEPARTMENT OF TREASURY | 5800-000 | NA | 18,474.87 | 18,474.87 | 18,474.87 |
| 7 | PUERTO RICO TOURISM COMPANY ROOM TA | 5800-000 | NA | 58,335.00 | 58,335.00 | 58,335.00 |
| 9A | STATE INSURANCE FUND | 5800-000 | NA | 872.57 | 872.57 | 872.57 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $NA | $77,682.44 | $77,682.44 | $77,682.44 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | AUT ACUEDUCTOS & ALCANTARILLAD | 7100-000 | NA | 4,125.67 | 4,125.67 | 2.60 |
| 8 | CPA LUIS R CARRASQUILLO & CO PSC | 7100-000 | NA | 13,136.43 | 13,136.43 | 8.28 |
| 1 | CRIM | 7100-000 | NA | 1,884.58 | 1,884.58 | 1.19 |
| 2B | CRIM | 7100-000 | NA | 1,865.04 | 1,865.04 | 1.17 |
| 12C | DEPARTMENT OF TREASURY | 7100-000 | NA | 7,613.24 | 7,313.24 | 4.61 |
| 4 | LAW OFFICE CHARLES A. CUPRILL PSC | 7100-000 | NA | 3,382.88 | 3,382.88 | 2.13 |
| 3 | PUERTO RICO ELECTRIC POWER | 7100-000 | NA | 28,977.93 | 28,977.93 | 18.26 |
| 5 | PUERTO RICO TELEPHONE DBA CLARO | 7100-000 | NA | 727.42 | 727.42 | 0.46 |
| 9B | STATE INSURANCE FUND | 7100-000 | NA | 374.59 | 374.59 | 0.24 |
| 14B | TRIANGLE CAYMAN ASSET COMPANY 2 | 7100-000 | NA | 30,441,095.41 | 30,441,095.41 | 19,176.96 |
| 10 | PUNTA ARENAS CONCRETE INC | 7100-001 | NA | 62,274.29 | 62,274.29 | 39.23 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $NA | $30,565,457.48 | $30,565,157.48 | $19,255.13 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-07874 | EAG | Judge: | Edward A. Godoy | Trustee Name: | Roberto Roman Valentin, Esq. |
|---|---|---|---|---|---|---|
| Case Name: | JMR DEVELOPMENT GROUP CORP | | | | Date Filed (f) or Converted (c): | 09/25/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/28/2014 |
| For Period Ending: | 09/03/2020 | | | | Claims Bar Date: | 01/26/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  HOTEL LOCATED ON RD 100, CABO ROJO, PR<br><br>11/10/2015<br>Case Name:  JMR DEVELOPMENT GROUP CORP<br>Case Number: 14-07874-EAG7<br>Document Number: 49<br>Docket Text:  ORDER: The joint motion for authority to sell certain estate assets free and clear of liens, claims, interests, and encumbrances, and vacating prior conditional abandonment of the sale properties filed by DEBTOR, Chapter 7 Trustee and Banco Popular (docket #46) is hereby granted as amended in docket #47. (RE: related document(s) [46], [47]). Signed on 11/10/2015.(Diaz, Yolanda)<br><br>TRUSTEE FILED CONDITIONAL ABANDONMENT, CONSIDERING THE FACT POTENTIAL BUYERS ARE BEEN CONSIDERED FOR BULK PURCHASE OF THIS ASSET. | 5,550,000.00 | 141,665.00 | | 7,950,000.00 | FA |
| 2.  FINANCIAL ACCOUNTS- FIRSTBANK 1115 | 0.00 | 0.00 | | 0.00 | FA |
| 3.  FINANCIAL ACCOUNTS- FIRSTBANK 1126 | 0.00 | 0.00 | | 0.00 | FA |
| 4.  FINANCIAL ACCOUNTS-1137 | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-07874 | EAG | Judge: | Edward A. Godoy | Trustee Name: | Roberto Roman Valentin, Esq. |
|---|---|---|---|---|---|---|
| Case Name: | JMR DEVELOPMENT GROUP CORP | | | | Date Filed (f) or Converted (c): | 09/25/2014 (f) |
| | | | | | 341(a) Meeting Date: | 10/28/2014 |
| For Period Ending: | 09/03/2020 | | | | Claims Bar Date: | 01/26/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 5.  HOTEL FURNITURE & FIXTURES | 100,000.00 | 0.00 | | 0.00 | FA |
| 11/10/2015<br>Case Name:  JMR DEVELOPMENT GROUP CORP<br>Case Number: 14-07874-EAG7<br>Document Number: 49<br>Docket Text:  ORDER: The joint motion for authority to sell certain estate assets free and clear of liens, claims, interests, and encumbrances, and vacating prior conditional abandonment of the sale properties filed by DEBTOR, Chapter 7 Trustee and Banco Popular (docket #46) is hereby granted as amended in docket #47. (RE: related document(s) [46], [47]). Signed on 11/10/2015.(Diaz, Yolanda)<br><br>TRUSTEE FILED CONDITIONAL ABANDONMENT, CONSIDERING THE FACT POTENTIAL BUYERS ARE BEEN CONSIDERED FOR BULK PURCHASE OF THIS ASSET. | | | | | |
| 6.  OFFICE EQUIPMENT | 15,000.00 | 0.00 | | 0.00 | FA |
| 11/10/2015<br>Case Name:  JMR DEVELOPMENT GROUP CORP<br>Case Number: 14-07874-EAG7<br>Document Number: 49<br>Docket Text:  ORDER: The joint motion for authority to sell certain estate assets free and clear of liens, claims, interests, and encumbrances, and vacating prior conditional abandonment of the sale properties filed by DEBTOR, Chapter 7 Trustee and Banco Popular (docket #46) is hereby granted as amended in docket #47. (RE: related document(s) [46], [47]). Signed on 11/10/2015.(Diaz, Yolanda)<br><br>TRUSTEE FILED CONDITIONAL ABANDONMENT, CONSIDERING THE FACT POTENTIAL BUYERS ARE BEEN CONSIDERED FOR BULK PURCHASE OF THIS ASSET. | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-07874 | EAG | Judge: | Edward A. Godoy | | Trustee Name: | Roberto Roman Valentin, Esq. |
|---|---|---|---|---|---|---|---|

Case Name:   JMR DEVELOPMENT GROUP CORP
Date Filed (f) or Converted (c):   09/25/2014 (f)
341(a) Meeting Date:   10/28/2014

For Period Ending:   09/03/2020
Claims Bar Date:   01/26/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7.  HOTEL EQUIPMENT<br><br>11/10/2015<br>Case Name:  JMR DEVELOPMENT GROUP CORP<br>Case Number: 14-07874-EAG7<br>Document Number: 49<br>Docket Text:  ORDER: The joint motion for authority to sell certain estate assets free and clear of liens, claims, interests, and encumbrances, and vacating prior conditional abandonment of the sale properties filed by DEBTOR, Chapter 7 Trustee and Banco Popular (docket #46) is hereby granted as amended in docket #47. (RE: related document(s) [46], [47]). Signed on 11/10/2015.(Diaz, Yolanda)<br><br><br>TRUSTEE FILED CONDITIONAL ABANDONMENT, CONSIDERING THE FACT POTENTIAL BUYERS ARE BEEN CONSIDERED FOR BULK PURCHASE OF THIS ASSET. | 500,000.00 | 0.00 | | 0.00 | FA |
| 8.  RESTRICTIVE ESCROW - BPPR (u) | 0.00 | 983.00 | | 983.00 | FA |
| 9.  RESTRICTIVE ESCROW - BPPR/CRIM (u) | 0.00 | 892.32 | | 892.32 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $6,165,000.00          $143,540.32          $7,951,875.32          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

08/31/2020: TDR submitted 6/19/2020 pending examination.

06/19/2020 (DKT 94) Report on Unclaimed Monies filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, Roberto) (Entered: 06/19/2020)

01/02/2020: TRUSTEES DISTRIBUTION REPORT: Within 125 days after the entry of an order allowing final compensation and expenses, the undersign trustee shall address to the United States Trustee for review a TDR signed under penalty of perjury certifying that the estate has been fully administered.  All original bank statement(s), including the

Exhibit 8

bank statement showing a zero balance, and all canceled checks (except those already submitted with the TFR) shall be submitted to the United States Trustee. The trustee shall certify that all funds have been disbursed consistent with the distribution report and that all checks have been negotiated or any remaining checks have been paid into court and that the estate has been fully administered.

01/02/2020 (DKT 92):  ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020)

12/04/2019 (DKT 90): Notice on Trustee's Final Report and Propose Distribution, allowing parties 21 days for objections. (RE: related document(s) 89). filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered:12/04/2019)

12/04/2019 (DKT 89): Chapter 7 Trustee's Final Report, Application for Compensation and Application(s) for Compensation of Professionals on behalf of Trustee Roberto Roman Valentin. filed by MONSITA LECAROZ ARRIBAS (APPEL, KATHY) (Entered:12/04/2019)

09/20/2019 (DKT 85): Amended Individual Estate Property Record and Report filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 09/20/2019)

04/26/2019 (DKT 84):  Individual Estate Property Record and Report filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 04/26/2019)

04/27/2018 (DKT 80):  Individual Estate Property Record and Report filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 04/27/2018)

01/04/2017 (DKT 73): Order Granting Motion requesting entry of order for prompt determination of post-petition taxes. (RE: related document(s)69). Signed on 1/4/2017. (RODRIGUEZ RODRIGUEZ, DENNIS) (Entered: 01/04/2017)

12/12/2016 (DKT 69): Motion requesting entry of order for prompt determination of post-petition taxes. ( objection language due by 12/27/2016. filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered:12/12/2016)

11/14/2016 (DKT 68): Cash receipts & disbursements record filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 11/14/2016)

11/14/2016 (DKT 67): Individual Estate Property Record and Report filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 11/14/2016)

10/30/2015 (DKT 48):  Individual Estate Property Record and Report filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 10/30/2015)

10/30/2014 (DKT 29) Minutes of 341 Meeting - Case held open for: Potential Recovery of Assets filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 10/30/2014)

09/29/2014 (DKT 6): Notice to creditors: 341(a) meeting to be held on 10/28/2014 at 08:30 AM at 341 MEETING ROOM, OCHOA BUILDING, 500 TANCA STREET, FIRST FLOOR, SAN JUAN. Proof of Claims due by 1/26/2015. Government Proof of Claim due by 3/28/2015. (ALVAREZ, LOURDES) (Entered: 09/29/2014)

09/25/2014 (DKT 1): Chapter 7 Voluntary Petition. With Schedules, With Statement of Financial Affairs. Attorney Statement of Compensation $3,000.00. Fee Amount $335 (Attachments: # 1 Corporate Resolution). Filed by ALEXIS FUENTES HERNANDEZ on behalf of JMR DEVELOPMENT GROUP CORP (FUENTES HERNANDEZ, ALEXIS) (Entered: 09/25/2014)

OTHER TRUSTEE NOTES ON CASE ADMINISTRATION:

(1)ASSETS ABANDONED: 02/20/2015 (DKT 44):  Notice of abandonment of property: (14 Day Objection Language) (Attachments: # 1 Index)filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered:02/20/2015)

 (2)ASSETS NOT ABANDONED PENDING LIQUIDATION, SALES, HEARING, AUCTIONS

(3) ASSET LIQUIDATION ACTIVITY:

02/15/2016 (DKT 51): Report of Sale  (RE: related document(s) 46, 47, 49). (Attachments: # 1 Index)filed by ROBERTO ROMAN VALENTIN on behalf of ROBERTO ROMAN VALENTIN (ROMAN VALENTIN, ROBERTO) (Entered: 02/15/2016)

11/10/2015 (DKT 49): ORDER: The joint motion for authority to sell certain estate assets free and clear of liens, claims, interests, and encumbrances, and vacating prior

conditional abandonment of the sale properties filed by DEBTOR, Chapter 7 Trustee and Banco Popular (docket #46) is hereby granted as amended in docket #47. (RE: related document(s)46, 47). Signed on 11/10/2015.(Diaz, Yolanda) (Entered: 11/10/2015)

10/16/2015 (DKT 47): Joint motion FOR ERRATA CORRECTION OF JOINT MOTION FOR AUTHORITY TO SELL CERTAIN ESTATE ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES AND VACATING PRIOR CONDITIONAL ABANDONMENT OF THE SALE PROPERTIES (Attachments: #1 Exhibit A-1 to Docket No. 46) filed by ALEXIS FUENTES HERNANDEZ, LUIS C. MARINI BIAGGI, ROBERTO ROMAN VALENTIN, NAYUAN ZOUAIRABANI TRINIDAD on behalf of BANCO POPULAR DE PUERTO RICO c/o O'NEILL & BORGES LLC, ROBERTO ROMAN VALENTIN [ZOUAIRABANI TRINIDAD, NAYUAN] (Entered: 10/16/2015)

10/14/2015 (DKT 46):Joint motion FOR AUTHORITY TO SELL CERTAIN ESTATE ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES AND VACATING PRIOR CONDITIONAL ABANDONMENT OF THE SALE PROPERTIES (Attachments: #1 Exhibit A-1) filed by ALEXIS FUENTES HERNANDEZ, LUIS C. MARINI BIAGGI, ROBERTO ROMAN VALENTIN, NAYUAN ZOUAIRABANI TRINIDAD on behalf of BANCO POPULAR DE PUERTO RICO c/o O'NEILL & BORGES LLC, ROBERTO ROMAN VALENTIN [ZOUAIRABANI TRINIDAD, NAYUAN] (Entered: 10/14/2015)

01/14/2015 (DKT 42): Minutes of Proceeding/Contested Matters: ORDER: For the reasons stated at the hearing, the court finds that the order authorizing a sale under §363 at docket number 24 was just an order authorizing a sale, as opposed to an order directing Investco to purchase real estate. Also, in any case, the court does not have an in personam jurisdiction over Investco to compel it to comply with said order. As such, the joint urgent motion for order to show cause at docket number 33 is hereby DENIED. (Re: related document(s)24, 33).(REYES TORO, WILLIAM) (Entered: 01/15/2015)

12/29/2014 (DKT 40): Joint motion to Inform Investco International, Inc.'s and its Principal, William Matos' Faiure to Comply with the Asset Purchase Agreement and Sale Order and Request to Show Cause on Hearing Scheduled for January 14, 2015 (Attachments: # 1 Exhibit 1-4) filed by ALEXIS FUENTES HERNANDEZ, LUIS C. MARINI BIAGGI on behalf of BANCO POPULAR DE PUERTO RICO c/o O'NEILL & BORGES LLC [MARINI BIAGGI, LUIS] (Entered: 12/29/2014

(4)ADVERSARY PROCEEDINGS/APPEALS: NONE

(5)CLAIMS OBJECTIONS: NONE

(6)CLAIMS BAR DATE REQUEST:9/29/2014 (DKT 6): Notice to creditors: 341(a) meeting to be held on 10/28/2014 at 08:30 AM at 341 MEETING ROOM, OCHOA BUILDING, 500 TANCA STREET, FIRST FLOOR, SAN JUAN. Proof of Claims due by1/26/2015. Government Proof of Claim due by 3/28/2015. (ALVAREZ, LOURDES) (Entered: 09/29/2014)

(7)OTHER ACTIONS ON CASE ADMINISTRATION:

09/27/2019 (DKT 87): ORDER approving payment of bond. (RE: related document(s)86). Signed on 9/27/2019.(ALVAREZ, LOURDES) (Entered: 09/27/2019)

09/26/2019 (DKT 86):  Motion requesting permission to pay blanket bond premium. Filed by ROBERTO ROMAN VALENTIN [ROMAN VALENTIN, ROBERTO] (Entered: 09/26/2019)

Initial Projected Date of Final Report (TFR): 12/31/2015          Current Projected Date of Final Report (TFR): 12/31/2019

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  14-07874

Case Name:  JMR DEVELOPMENT GROUP CORP

Taxpayer ID No:  XX-XXX1705

For Period Ending:  09/03/2020

Trustee Name:  Roberto Roman Valentin, Esq.

Bank Name:  BANCO SANTANDER

Account Number/CD#:  XXXXXX2536

Checking Account

Blanket Bond (per case limit):  $2,039,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/24/15 | | CABO ROJO HOSPITALITY TRUST LLC PO BOX 38079SAN JUAN PR 00937-8079 | BOND PAYMENT 2015 - 2016 | | $141,665.00 | | $141,665.00 |
| | | | Gross Receipts          $7,950,000.00 | | | | |
| | | Sale of Non Estate Property JMR Development Group Inc. | Parcel of Land - Non Estate      ($6,165,000.00) | 8500-002 | | | |
| | | JMR Tourist Development Group Corp. | Parcel of Land - Non Estate      ($700,000.00) | 8500-002 | | | |
| | | PJCL Inc. | Parcel of Land - Non Estate      ($850,000.00) | 8500-002 | | | |
| | | Jorge Medina | Single House and Land Lot -      ($93,335.00) Non Estate | 8500-002 | | | |
| | 1 | | HOTEL LOCATED ON RD 100,      $7,950,000.00 CABO ROJO, PR | 1110-000 | | | |
| 11/09/16 | 3001 | INTERNATIONAL SURETIES LTD SUITE 420701 POYDRAS STNEW ORLEANS LA 70139 | BLANKET BOND PAYMENT 2016-2017 (Order 10/21/2016 dkts. 626 & 627) | 2300-000 | | $390.94 | $141,274.06 |
| 01/16/17 | 3002 | ALBERT TAMAREZ VASQUEZ P O BOX 194136SAN JUAN, PUERTO RICO 00919-4136 | Compensation Accountant dkt 70 & 75 The following transaction was received from RODRIGUEZ RODRIGUEZ, DENNIS entered on 1/13/2017 at 4:23 PM AST and filed 1/13/2017 Case Name:  JMR DEVELOPMENT GROUP CORP Case Number: 14-07874-EAG7 Document Number: 75 Docket Text: ORDER Granting | | | $1,138.10 | $140,135.96 |
| | | ALBERT TAMAREZ VASQUEZ | Compensation Accountant dkt      ($1,037.50) 70 & 75 | 3410-000 | | | |
| | | VASQUEZ, ALBERT TAMAREZ | Compensation Accountant dkt      ($100.60) 70 & 75 | 3420-000 | | | |

Page Subtotals:                    $141,665.00          $1,529.04

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 14-07874 | Trustee Name: Roberto Roman Valentin, Esq. | Exhibit 9 |
| Case Name: JMR DEVELOPMENT GROUP CORP | Bank Name: BANCO SANTANDER | |
| | Account Number/CD#: XXXXXX2536 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX1705 | Blanket Bond (per case limit): $2,039,000.00 | |
| For Period Ending: 09/03/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/20/17 | 3003 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | BLANKET BOND PAYMENT (Order 10/18/2017 dkt. 632 & 633) | | 2300-000 | | $302.85 | $139,833.11 |
| 03/07/18 | | BANCO POPULAR DE PUERTO RICO | FUNDS deposited at BPPR | | | $1,875.32 | | $141,708.43 |
| | | | Gross Receipts | $1,875.32 | | | | |
| | 8 | | RESTRICTIVE ESCROW - BPPR | $983.00 | 1229-000 | | | |
| | 9 | | RESTRICTIVE ESCROW - BPPR/CRIM | $892.32 | 1229-000 | | | |
| 10/19/18 | 3004 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | 2018-2019 BLANKET BOND PREMIUM (Order 10/15/2018 dkts. 657 & 658) | | 2300-000 | | $321.11 | $141,387.32 |
| 06/26/19 | | BANCO SANTANDER | Bank Service Charge | | 2600-000 | | $10.00 | $141,377.32 |
| 07/10/19 | | BANCO SANTANDER | Bank Service Charge | | 2600-000 | | $10.00 | $141,367.32 |
| 08/09/19 | 3005 | CRIM PO BOX 195387 SAN JUAN, PR 00919-5387 | POC #2A (Order 11/10/2015 dkt. 47 & 49) ) | | 4800-000 | | $27,543.95 | $113,823.37 |
| 08/09/19 | 3006 | DEPARTMENT OF TREASURY Bankruptcy Section (424) P.O. Box 9024140 San Juan, PR 00902-4140 | POC #12A (Order 11/10/2015 dkt. 47 & 49) | | 4700-000 | | $5,542.48 | $108,280.89 |
| 09/12/19 | | BANCO SANTANDER | Bank Service Charge | | 2600-000 | | $10.00 | $108,270.89 |
| 09/12/19 | | BANCO SANTANDER | Bank Service Charge | | 2600-000 | | $10.00 | $108,260.89 |
| 10/11/19 | | BANCO SANTANDER | Bank Service Charge Refund | | 2600-000 | | ($10.00) | $108,270.89 |
| 10/11/19 | | Transfer to Acct # xxxxxx0161 | Transfer of Funds | | 9999-000 | | $108,260.89 | $10.00 |
| 10/28/19 | | Transfer to Acct # xxxxxx0161 | Transfer of Funds | | 9999-000 | | $10.00 | $0.00 |

Page Subtotals: $1,875.32   $142,011.28

| | | |
|---|---:|---:|
| COLUMN TOTALS | $143,540.32 | $143,540.32 |
| Less: Bank Transfers/CD's | $0.00 | $108,270.89 |
| Subtotal | $143,540.32 | $35,269.43 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $143,540.32 | $35,269.43 |

Exhibit 9

Page Subtotals:                                                   $0.00          $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: 14-07874 | | Trustee Name: Roberto Roman Valentin, Esq. |
| Case Name: JMR DEVELOPMENT GROUP CORP | | Bank Name: Axos Bank |
| | | Account Number/CD#: XXXXXX0161 |
| | | Checking |
| Taxpayer ID No: XX-XXX1705 | | Blanket Bond (per case limit): $2,039,000.00 |
| For Period Ending: 09/03/2020 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/11/19 | | Transfer from Acct # xxxxx2536 | Transfer of Funds | 9999-000 | $108,260.89 | | $108,260.89 |
| 10/24/19 | 1001 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | 2019-2020 BLANKET BOND PREMIUM (Order 9/27/19 dkts. 662 & 663) 09/27/2019 (DKT 87): ORDER approving payment of bond. (RE: related document(s)86). Signed on 9/27/2019. (ALVAREZ, LOURDES) (Entered: 09/27/2019 | 2300-000 | | $238.80 | $108,022.09 |
| 10/28/19 | | Transfer from Acct # xxxxx2536 | Transfer of Funds | 9999-000 | $10.00 | | $108,032.09 |
| 01/02/20 | | TRIANGLE CAYMAN ASSET COMPANY 2 221 PONCE DE LEON AVE SUITE 1204 HATO REY PR 00918 | Distribution | 7100-000 | $19,176.96 | | $127,209.05 |
| 01/02/20 | | TRIANGLE CAYMAN ASSET COMPANY 2 221 PONCE DE LEON AVE SUITE 1204 HATO REY PR 00918 | Distribution Reversal POSTED BY ERROR. WAS INTENDED TO WRITE A CHECK | 7100-000 | ($19,176.96) | | $108,032.09 |
| 01/02/20 | 1002 | TRIANGLE CAYMAN ASSET COMPANY 2 221 PONCE DE LEON AVE SUITE 1204 HATO REY PR 00918 | Distribution: 01/02/2020 (DKT 92): ORDER (POC 14) 01/02/2020 (DKT 92): ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 7100-000 | | $19,176.96 | $88,855.13 |

| | | | Page Subtotals: | | $108,270.89 | $19,415.76 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-07874

Case Name: JMR DEVELOPMENT GROUP CORP

Taxpayer ID No: XX-XXX1705

For Period Ending: 09/03/2020

Trustee Name: Roberto Roman Valentin, Esq.

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0161

Checking

Blanket Bond (per case limit): $2,039,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/02/20 | 1003 | DEPARTMENT OF TREASURY Bankruptcy Section (424) P.O. Box 9024140 San Juan, PR 00902-4140 | Distribution 01/02/2020 (DKT 92): ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 7100-000 | | $4.61 | $88,850.52 |
| 01/02/20 | 1004 | PUNTA ARENAS CONCRETE INC HC 2 BOX 19505 CABO ROJO, PR 00623-9721 | Distribution 01/02/2020 (DKT 92): ORDER (POC 10) 01/02/2020 (DKT 92): ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 7100-000 | | $39.23 | $88,811.29 |
| 01/02/20 | 1005 | STATE INSURANCE FUND PO BOX 42006 SAN JUAN, PR 00940-2006 | Distribution 01/02/2020 (DKT 92): ORDER (POC 9) 01/02/2020 (DKT 92): ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 7100-000 | | $0.24 | $88,811.05 |

Page Subtotals: $0.00 $44.08

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-07874

Case Name: JMR DEVELOPMENT GROUP CORP

Taxpayer ID No: XX-XXX1705

For Period Ending: 09/03/2020

Trustee Name: Roberto Roman Valentin, Esq.

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0161

Checking

Blanket Bond (per case limit): $2,039,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/02/20 | 1006 | CPA LUIS R CARRASQUILLO & CO PSC TI 26 CALLE 28 AVE TURABO GARDENS CAGUAS, PR  00725 | Distribution 01/02/2020 (DKT 92):  ORDER (POC 8) 01/02/2020 (DKT 92):  ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 7100-000 | | $8.28 | $88,802.77 |
| 01/02/20 | 1007 | AUT ACUEDUCTOS & ALCANTARILLAD DIVISION DE QUIEBRAS PO BOX 7066 SAN JUAN, PR 00916-7066 | Distribution 01/02/2020 (DKT 92):  ORDER (POC 6) 01/02/2020 (DKT 92):  ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 7100-000 | | $2.60 | $88,800.17 |
| 01/02/20 | 1008 | PUERTO RICO TELEPHONE DBA CLARO FRANCISCO J SILVA, ESQ PO BOX 360998 SAN JUAN, PR  00936-0998 | Distribution 01/02/2020 (DKT 92):  ORDER (POC 5) 01/02/2020 (DKT 92):  ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 7100-000 | | $0.46 | $88,799.71 |

Page Subtotals:   $0.00   $11.34

**FORM 2**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 14-07874

Case Name: JMR DEVELOPMENT GROUP CORP

Taxpayer ID No: XX-XXX1705

For Period Ending: 09/03/2020

Trustee Name: Roberto Roman Valentin, Esq.

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0161

Checking

Blanket Bond (per case limit): $2,039,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/02/20 | 1009 | LAW OFFICE CHARLES A. CUPRILL PSC 356 FORTALEZA ST. SECOND FLOOR San Juan, PR 00901 | Distribution 01/02/2020 (DKT 92): ORDER (POC 4) 01/02/2020 (DKT 92): ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 7100-000 | | $2.13 | $88,797.58 |
| 01/02/20 | 1010 | PUERTO RICO ELECTRIC POWER BANKRUPTCY CLAIMS OFFICE PO BOX 364267 SAN JUAN, PR 00936 | Distribution 01/02/2020 (DKT 92): ORDER (POC 3) 01/02/2020 (DKT 92): ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 7100-000 | | $18.26 | $88,779.32 |
| 01/02/20 | 1011 | CRIM PO BOX 195387 SAN JUAN, PR 00919-5387 | Distribution 01/02/2020 (DKT 92): ORDER (POC 2B) 01/02/2020 (DKT 92): ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 7100-000 | | $1.17 | $88,778.15 |

| | | Page Subtotals: | | $0.00 | $21.56 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No:  14-07874 | Trustee Name:  Roberto Roman Valentin, Esq. | |
| Case Name:  JMR DEVELOPMENT GROUP CORP | Bank Name:  Axos Bank | |
| | Account Number/CD#:  XXXXXX0161 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1705 | Blanket Bond (per case limit): $2,039,000.00 | |
| For Period Ending:  09/03/2020 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/02/20 | 1012 | CRIM<br>PO BOX 195387<br>SAN JUAN, PR  00919-5387 | Distribution 01/02/2020 (DKT 92):  ORDER (POC 1) 01/02/2020 (DKT 92):  ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 7100-000 | | $1.19 | $88,776.96 |
| 01/02/20 | 1013 | DEPARTMENT OF TREASURY<br>Bankruptcy Section (424)<br>P.O. Box 9024140<br>San Juan, PR  00902-4140 | Distribution 01/02/2020 (DKT 92):  ORDER (POC 12B) 01/02/2020 (DKT 92):  ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 5800-000 | | $18,474.87 | $70,302.09 |
| 01/02/20 | 1014 | STATE INSURANCE FUND<br>PO BOX 42006<br>SAN JUAN, PR  00940-2006 | Distribution 01/02/2020 (DKT 92):  ORDER (POC 9) 01/02/2020 (DKT 92):  ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 5800-000 | | $872.57 | $69,429.52 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $19,348.63 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-07874 | | Trustee Name: | Roberto Roman Valentin, Esq. | Exhibit 9 |

Case Name: JMR DEVELOPMENT GROUP CORP

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0161

Checking

Taxpayer ID No: XX-XXX1705

For Period Ending: 09/03/2020

Blanket Bond (per case limit): $2,039,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/02/20 | 1015 | PUERTO RICO TOURISM COMPANY ROOM TA DIVISION PO BOX 9024000 SAN JUAN, PR  00902 4000 | Distribution 01/02/2020 (DKT 92):  ORDER (POC 7) 01/02/2020 (DKT 92):  ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 5800-000 | | $58,335.00 | $11,094.52 |
| 01/02/20 | 1016 | OFFICE OF THE UNITED STATES TRUSTEE Ochoa Building 500 Tanca Street, Suite 301 San Juan, Puerto Rico  00901-1922 | Distribution 01/02/2020 (DKT 92):  ORDER (POC 13 ) 01/02/2020 (DKT 92):  ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 2950-000 | | $650.00 | $10,444.52 |
| 01/02/20 | 1017 | Roberto Roman Valentin DISTRICT OF PUERTO RICO | Distribution 01/02/2020 (DKT 92):  ORDER (POC ) 01/02/2020 (DKT 92):  ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 2200-000 | | $17.50 | $10,427.02 |

Page Subtotals: $0.00 $59,002.50

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-07874 | Trustee Name: Roberto Roman Valentin, Esq. |
| Case Name: JMR DEVELOPMENT GROUP CORP | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0161 |
| | Checking |
| Taxpayer ID No: XX-XXX1705 | Blanket Bond (per case limit): $2,039,000.00 |
| For Period Ending: 09/03/2020 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/02/20 | 1018 | Roberto Roman Valentin DISTRICT OF PUERTO RICO | Distribution 01/02/2020 (DKT 92): ORDER (POC ) 01/02/2020 (DKT 92): ORDER Approving Trustee's Commission and Expenses in the amount of $10,444.52 (RE: related document(s)89). Signed on 1/2/2020.(GARCIA COSME, MIGDALIA) (Entered: 01/02/2020) | 2100-000 | | $10,427.02 | $0.00 |
| 06/15/20 | 1004 | PUNTA ARENAS CONCRETE INC HC 2 BOX 19505 CABO ROJO, PR  00623-9721 | Distribution 01/02/2020 (DKT 92): ORDER (POC 10) Reversal CHECK WAS NEITHER CASHED NOR RETURNED TO TRUSTEE. FUNDS WILL BE REMITTED TO COURT. | 7100-000 | | ($39.23) | $39.23 |
| 06/15/20 | 1019 | Clerk, U.S. Bankruptcy Court José V. Toledo Federal Building & US Courthouse 300 Recinto Sur Suite 109 San Juan, PR 00901 | Unclaimed Funds POC #10 (Order 1/02/20 dkt. 92) | 7100-001 | | $39.23 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $108,270.89 | $108,270.89 |
| Less: Bank Transfers/CD's | $108,270.89 | $0.00 |
| Subtotal | $0.00 | $108,270.89 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $108,270.89 |

| | | |
|---|---|---|
| UST Form 101-7-TDR (10/1/2010) *(Page: 21)* | Page Subtotals: | $0.00 | $10,427.02 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0161 - Checking | $0.00 | $108,270.89 | $0.00 |
| XXXXXX2536 - Checking Account | $143,540.32 | $35,269.43 | $0.00 |
|  | $143,540.32 | $143,540.32 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $7,808,335.00 |
|---|---|
| Total Net Deposits: | $143,540.32 |
| Total Gross Receipts: | $7,951,875.32 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|